# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| WILLIAM A. LONG, | : | |
| | : | |
| Plaintiff, | : | Civil Action No.:   15-0605 (RC) |
| | : | |
| v. | : | Re Document No.:   29 |
| | : | |
| DISTRICT OF COLUMBIA HOUSING AUTHORITY, *et al.* | : | |
| | : | |
| Defendants. | : | |

## ORDER

### DISMISSING ACTION

Upon consideration of Plaintiff William A. Long's Motion to Transfer, ECF No. 29, which requests, in the alternative, to dismiss this action without prejudice, and argument by the parties, it is hereby **ORDERED** that this action is **DISMISSED WITHOUT PREJUDICE** pursuant to Federal Rule of Civil Procedure 41(a)(2).

**SO ORDERED**.

Dated:  June 16, 2016                                                         RUDOLPH CONTRERAS
                                                                                              United States District Judge